No. D–2617. IN RE DISCIPLINE OF HANNA. Joseph John Hanna, Jr., of Portland, Ore., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2618. IN RE DISCIPLINE OF ZODROW. John Joseph Zodrow of Denver, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2619. IN RE DISCIPLINE OF FOX. David E. Fox of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2620. IN RE DISCIPLINE OF ELLIOTT. Walter C. Elliott, Jr., of Owings Mills, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2621. IN RE DISCIPLINE OF CULPEPPER. Glenn E. Culpepper of Silver Spring, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2622. IN RE DISCIPLINE OF MOYNIHAN. David S. Moynihan of San Diego, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2623. IN RE DISCIPLINE OF MELTON. Michael Joseph Melton of Rolling Hills, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.